LOUIS GREEN, a Stockholder of the JUNCTION NASSAU CORPORATION, etc., Respondent, v. JUNCTION NASSAU CORPORATION and Others, Defendants, Impleaded with HORACE B. PACKER, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MAURICE A. ROSEN and Others, Respondents, v. TINGUE TEXTILE CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARIE LOBKO-SCHEBOUNINE, in Behalf of Herself and All Other Stockholders of MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, Appellant, v. MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and PAUL LUCKE, Defendants, and BANK OF NEW YORK AND TRUST COMPANY, as Agent and Depositary, etc., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LILLIAN MILLS RICE, Appellant, v. S. C. A., INC., Respondent.— Order affirmed, without costs. By reason of the denial of paragraph 3 of the complaint and the special defense, we are of opinion that there was sufficient to justify a denial of the motion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GERTRUDE DIVINE WEBSTER, Respondent, v. WILLIAM M. RITTER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of MILLER-SCHLOTT, INC., etc., to Remove the Above-Entitled Action Now Pending in the City Court, etc., to the Supreme Court, etc., County of New York, Appellant, v. ERNEST PAOLUCCI and Others, Respondents.— Order reversed, without costs, and motion granted. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GEORGE CARLES, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HYMAN BLOOM, Appellant, v. IRVING TRUST COMPANY, Defendant. LOUIS I. HOCHSTEIN, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and matter remitted to Special Term to determine the value of respondent's services and fix the amount of his lien. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of GLADYS COSTA, Appellant, against NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM, Respondent, and JAMES H. HAGAN, Impleaded Defendant, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted to the extent of directing the issuance of an alternative order of mandamus. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.